Cordero-Partida_F.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

APR - 5 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FAUSTO RODOLFO CORDERO-PARTIDA, ) <br> a/k/a RUDY, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 03-00090 <br><br> **O R D E R** <br><br> Re: United States Petition to Remit Special Assessment Fee |

For the reasons set forth in the Plaintiff's Petition to Remit the Special Assessment Fee, the Court hereby finds that reasonable efforts to collect the special assessment fee are not likely to be effective. Likewise, the Court finds that it is in the interests of justice to remit the defendant's unpaid special assessment fee. Accordingly, the Court orders that the defendant's special assessment fee inclusive of any interest or penalties be remitted.

**SO ORDERED** this _/_ day of April 2006.

ROGER T. BENITEZ*
District Judge

---

* The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, sitting by designation.